UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | | |
|---|---|---|
| Viola Goff    *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No. 1:14cv-147-R |
| Portfolio Recovery Associates, LLC    *Defendant* <br> Serve: <br>    Corporation Service Company <br>    2711 Centerville Road <br>    Suite 400 <br>    Wilmington, DE 19808 | ) ) ) ) ) ) ) ) ) ) | |

## COMPLAINT

### INTRODUCTION

1. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA").

2. Defendant Portfolio Recovery Associates, LLC ("PRA") violated the FDCPA by attempting to collect a debt from Plaintiff Viola Goff that she does not owe, continually harassing Ms. Goff by phone calls after she demanded that PRA cease all telephonic communication with her, reporting false information about her to consumer reporting agencies, and failing to note that she had disputed the debt on her credit report.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

### PARTIES

4. Plaintiff Viola Goff is a natural person who resides in Hart County, Ky. Ms. Goff is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

5. Defendant Portfolio Recovery Associates, LLC ("PRA") is a limited liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency with its principal place of business located at 120 Corporate Blvd., Norfolk,

VA 23502.

6. PRA regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

7. PRA began calling Ms. Goff in November 2013 and has continued a relentless assault of harassing telephone calls ever since.

8. PRA called and has been calling Ms. Goff in an attempt to collect a debt originated by GE Capital Retail Bank ("GECRB").

9. Upon information and belief, the GECRB debt was used solely or personal, family, or household purposes, which makes the GECRB debt a "debt" within the meaning of the FDCPA.

10. In November 2013 or before, PRA began furnishing negative information about Ms. Goff and the GECRB debt.

11. Ms. Goff does not owe the GECRB credit-card debt.

12. Ms. Goff repeatedly told the PRA employees, representatives, and agents who telephoned her that this was not her debt.

13. Upon information and belief, the debt that PRA is attempting to collect from Ms. Goff was her daughter Amanda Wright's debt.

14. If the debt was Ms. Wright's, Ms. Wright paid the debt off in full.

15. On February 20, 2014, Ms. Goff and Ms. Wright sent PRA an email explaining that the debt had been paid, alerting PRA that it was sending collection letters to the wrong address and calling the wrong phone number, and informing PRA that they had filed a complaint with Better Business Bureau.

16. PRA's telephone calls to Ms. Goff continued.

17. On March 20, 2014, Ms. Goff and Ms. Wright sent a second cease-and-desist letter demanding that PRA stop calling.

18. The March 20th letter notes that PRA made calls before 8:00 a.m. and after 9:00 p.m.; that PRA called 10-20 times a day, and that the calls were disturbing the peace, rest, and sleep of a disabled veteran.

19. PRA's telephone calls to Ms. Goff continued and continued.

### Claims for Relief: Violations of the Fair Debt Collection Practices Act

20. The foregoing acts and omissions of Portfolio Recovery Associates, LLC constitute violations of the FDCPA, including but not limited to 15 U.S.C. § 1692c, § 1692e, § 1692f, and multiple subsections of each statute.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Viola Goff requests that the Court grant her the following relief:

1. Award Plaintiff maximum statutory damages;

2. Award Plaintiff actual damages;

3. Award Plaintiff reasonable attorney's fees and costs;

4. A trial by jury; and

5. Such other relief as may be just and proper.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com