## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

VIOLA GOFF,                        **Case 1:14-CV-00147-TBR**
           Plaintiff,

v.

                                       **NOTICE OF SETTLEMENT**

PORTFOLIO RECOVERY
ASSOCIATES, LLC,
           Defendant.
_____)

       Please take notice that Plaintiff Viola Goff has resolved this dispute with Defendant Portfolio Recovery Associates, LLC. Plaintiff and Defendant anticipate filing a Motion for Entry of an Agreed Order of Dismissal with Prejudice within thirty to forty-five days.

       Respectfully submitted this 19th day of June, 2015

                                      **DINSMORE & SHOHL LLP**

                                      s/ R. Brooks Herrick
                                      Joseph N. Tucker, Esq.
                                      R. Brooks Herrick, Esq.
                                      101 S. Fifth Street
                                      Suite 2500
                                      Louisville, KY 40202
                                      502-540-2300 - phone
                                      502-585-2207 - fax
                                      joseph.tucker@dinsmore.com
                                      brooks.herrick@dinsmore.com
                                      *Counsel for Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

      It is hereby certified that a copy of the foregoing was served via Electronic Filing to the person listed below this 19th day of June 2015:

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue
Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com

                                        s/ R. Brooks Herrick
                                        *Counsel for Portfolio Recovery Associates, LLC*

9719114v1